UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) | Master File No.: 2:13-CV-20000-RDP |
| THIS DOCUMENT RELATES ONLY TO: PETTUS PLUMBING & PIPING, INC.,          Plaintiff, v. BLUE CROSS BLUE SHIELD OF ALABAMA, *et al.*,          Defendants. | Case No: 3:16-cv-00297-RDP |

NOTICE OF APPEARANCE

Please take notice that Christine A. Varney of Cravath, Swaine & Moore LLP hereby appears as counsel for Defendant BlueCross BlueShield of Tennessee, Inc. in this action and requests service of all pleadings and papers upon the firm at the address set forth below.

Dated: October 3, 2016

                  CRAVATH, SWAINE & MOORE LLP,

         by       s/ Christine A. Varney
                  Christine A. Varney

               Worldwide Plaza
              825 Eighth Avenue
             New York, NY 10019
              (212) 474-1000

        *Attorney for Defendant BlueCross BlueShield of Tennessee, Inc.*