# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **PETTUS PLUMBING & PIPING, INC.,** | }<br>}<br>} |
| **Plaintiff,** | } |
| vs. | }<br>}<br>} **Case No.: 3:16-cv-00297-RDP** |
| **BLUE CROSS BLUE SHIELD OF ALABAMA, et al.,** | }<br>}<br>} |
| **Defendants.** | } |

## NOTICE OF APPEARANCE

**COMES NOW** Stephen A. Walsh of the law firm of Adams and Reese LLP and hereby notifies this Honorable Court and all counsel and parties of his appearance as counsel of record for Defendant Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield in the above-styled matter.  Going forward, the undersigned requests that all motions, orders, notices, correspondence, discovery, and pleadings be forwarded to him as counsel of record for this Defendant.

                                                          Respectfully submitted,

                                                          */s/ Stephen A. Walsh*
                                                          Stephen A. Walsh
                                                          Attorney for Defendant Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield

46495972

**OF COUNSEL:**
ADAMS and REESE LLP
1901 Sixth Avenue North, Suite 3000
Birmingham, AL  35203-3367
Telephone:  (205) 250-5000
Fax:  (205) 250-5091
stephen.walsh@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Stephen A. Walsh*
OF COUNSEL

46495972