FILED

2017 Jun-21  PM 04:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN  RE:  BLUE  CROSS  BLUE  SHIELD ANTITRUST LITIGATION MDL NO. 246 | **Master File No. 2:13-CV-2000-RDP** |
| This document relates to: Pettus Plumbing & Piping Inc., *Plaintiffs,* v. Blue Cross Blue Shield of Alabama et al *Defendants* | **Case No. 3:16-cv-00297** |

## <u>APPEARANCE OF COUNSEL</u>

To: The Clerk of the court and all parties of record

The undersigned is admitted to practice before the Court of First Instance for the Commonwealth of Puerto Rico and the Federal District Court of Puerto Rico. He has been authorized to appear and practice before this Honorable Court as counsel in the captioned multidistrict litigation on behalf of Triple S- Salud, Inc.

WHEREFORE the undersigned respectfully requests that the Clerk of the Court and the parties of record take notice of the above and include him in all notices that may issue in relation to the captioned litigation.

I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system this 21st of June, 2017.

Respectfully submitted,

/s/ Zarel J. Soto Acabá

**ZAREL J. SOTO ACABÁ**
USDC-PR 231913
zsoto@reichardescalera.com

**REICHARD & ESCALERA**
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913
Tel. (787) 777 – 8888
Fax. (787) 765 – 4225